**Form to be used by a prisoner filling a civil right complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA**

FILED DEC – 4 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

#162463
MARTELL A LEGRAND          1:19-CV-1529 (LMB/IDD) Sec.P

**Full Name of Plaintiff, Prisoner Number**        **Civil Action**

vs  DEPARTMENT OF CORRECTIONS      **Judge**
DC JAIL CTF/aka CCA

**Full Name of Defendant**             **Magistrate Judge**

**COMPLAINT**

**I. Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
   Yes _____ No ✓

B. If your answer to the preceding question is yes, provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

   _____
   _____

   2. Name the parties to the previous lawsuit(s):

      Plaintiffs: _____

      Defendants: _____

   3. Docket number(s): _____

   4. Date(s) on which each lawsuit was filed: _____

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   _____

RECEIVED NOV 26 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____ No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:

Arlington VA N. Courthouse Rd Arlington VA 22201

B. Is there a prison grievance procedure in this institution?
Yes ✓ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _____ No ✓
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

This Claim is irrevelant to ~~this~~ ~~current institution~~

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Department of Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit: Martell A LeGrand
A. Name of Plaintiff ~~DOC/ARL Department of Corrections~~

**V. Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I WANT Courts to Compensate ME For My Mental Trauma AN Mental Impairments AND Foundate A Structured Setting OF USE OF Microwaves Because somone else can get Hurt. AN process My Claim UNDer Negligence Breach of Security Insult to Injury of mental impairments

**VI. Plaintiff's Declaration**

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 24 **day of** October, 2019.

162463
Prisoner no. (Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

Address **Arlington N. Courthouse Rd VA 22201**

B. Defendant, **Department of Corrections /AKA/ DC Jail**, is employed as **CTF/aka/CCA All parties** at **Are Under DOC Board**.

Defendant, **DC Jail / 1901 Dst SE 26003 Wash DC**, is employed as **CTFCCA/ 1901 Cst SE 2003 WASH DC**.

Defendant, _____, is employed as _____ at _____.

Additional defendants _____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each Named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred.

**YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I Martell A. LeGrand has been in Custody of DC Jail since 2000 → 2001 ON/OFF 2014 and up is nature of time frame of factual Claim. 2005 I was a victim of physical asault unknown inmate put Hot Water in Microwave somthing that Institution provided to inmates was used to do me and other inmates bodily harm, I was burned, scalled with Hot Water, Which resulted in a Claim that settled in 2008 Douglas An Sparks was my Attornie, Which I received minor settlement 8,100. Between 2013 and 2015 I was Housed in DC Jail on Violation, Already Suffering From Anxiety, parinoia, Depression, And I have flash backs of incedent since it happen. An to insult injury DC Jail DOC knowingly of my situation they still place me in a Constructed Enviroment At CTF/AKA CCA

AROUND All CUSTODIES OF INMATES that HAVE ACCESS to this Microwave It,s know Structed setting that Allows Detail to use Microwave, ANY CRIMINAL CAN ~~CAUSE~~ use this IN Negligence Manner AND CAUSE Bodily HARM, SO I REPEAT I WAS SCArlED With Hot WAter At DC Jail Which is know microwaves At Jail Which they KNOWingly tranfferd ME to CTF/CCA AND put ME IN A position to BE HARMED, I SUFFEred From MENtal Impairments to Conatious, PAronia, Anxiety, AND Fear OF It Happening Again. Which this MANNER Happened AND they Willingly Transferd ME From ~~DC~~ DC Jail to CTF/CGA to Experience MENtal trama. Again NOW AM very parinoid, AND FEAr Microwaves Hot Water